IDA CONDON, Respondent, *v.* MAE ARATA et al., Defendants, and DOROTHY I. POST, Appellant.

Argued November 30, 1950; decided January 11, 1951.

*William L. Shumate* and *Chester E. Barrett* for appellant.

*A. L. Sainer, Milton E. Haft* and *Harry B. Frank* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.